Prob 22 (Rev 2/88) VAE (Rev. 1/24)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | **DOCKET NUMBER** *(Tran. Court)* 2:26mj170 | |
| | | **DOCKET NUMBER** *(Rec. Court)* 2: 26 cr 204 GMN - NJK | |
| **NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:** Samuel R. Diuguid Las Vegas, Nevada | **DISTRICT** Eastern District of Virginia | **DIVISION** Norfolk | |
| | **NAME OF SENTENCING JUDGE** The Honorable Robert J. Krask | | |
| | **DATES OF PROBATION /SUPERVISED RELEASE:** | FROM 06/03/2026 | TO 06/02/2027 |

**OFFENSE:**

Operating a Motor Vehicle while Consuming Alcohol (Count 2)

Fail to Comply with Official Signs (Count 4)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision): Relocated to reside with family.

## PART 1 - ORDER TRANSFERRING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF NEVADA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Sept. 23, 2026
*Date*

Robert J. Krask
~~United States Magistrate Judge~~
*United States Magistrate Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 24, 2026
*Effective Date*

*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

**RE: Samuel R Diuguid**

**Case No.: TO BE ASSIGNED**

**REQUESTING ACCEPTANCE OF JURISDICTION**

September 23, 2026

TO: United States Judge

On June 3, 2026, Diuguid was sentenced in the Eastern District of Virginia by the Honorable Robert J. Krask to 12 months' probation for committing the offenses of Operate a Motor Vehicle While Consuming Alcohol and Fail to Comply with Official Signs. Diuguid is a resident of Las Vegas, Nevada and intends on remaining in Las Vegas for the duration of his supervision.

To address current pending matters that require the Court's immediate attention, the undersigned officer is requesting that jurisdiction be transferred to the District of Nevada. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. Magistrate Judge Robert J. Krask, has agreed to relinquish jurisdiction. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Cecil McCarroll
Date: 2026.09.23 14:41:37 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2026.09.23 14:40:03 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer