RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_penn@fd.org

Attorney for Samuel R. Diuguid

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SAMUEL R. DIUGUID,<br>Defendant. | Case No. 2:26-cr-00204-GMN-NJK-1<br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General of the United States, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Samuel R. Diuguid, that the Revocation Hearing currently scheduled on October 7, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to discuss the allegations within the petition with the defendant.

2. The additional amount of time would also allow the parties to confer regarding a potential resolution.

3. The parties agree to a continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 2nd day of October, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Dawn A. Penn*
DAWN A. PENN
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

By */s/ Steven Rose*
STEVEN ROSE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL R. DIUGUID,

Defendant.

Case No. 2:26-cr-00204-GMN-NJK-1

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 7, 2026 at 9:00 a.m., be vacated and continued to October 28, 2026 at the hour of 9:30 a.m.

DATED this 2 day of October, 2026.

UNITED STATES DISTRICT JUDGE