**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL R. DIUGUID,

Defendant.

Case No. 2:26-cr-00204-GMN-NJK-1

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 4, 2026 at 11:00 a.m., be vacated and continued to December 17, 2026 at the hour of 9:00 a.m.

DATED this 2 day of November, 2026.

UNITED STATES DISTRICT JUDGE